UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Condon Trotter Jr., <br><br> Plaintiff, <br> v. <br><br> Bureau of Collection Recovery, L.L.C., <br><br> Defendant. | Civil Action No.: 4:10-cv-01873 |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: November 18, 2010

Respectfully submitted,

By: __/s/ Diana P. Larson_____

Diana P. Larson, *Attorney-in-Charge*
Southern District of Texas Bar No. 24957
Texas Bar No. 24007799
The Larson Law Office, PLLC
440 Louisiana, Suite 900
Houston, Texas  77002
Telephone:  (713) 221-9088
Facsimile:  (832) 415-9762
Email:  diana@thelarsonlawoffice.com


Of Counsel To:
LEMBERG & ASSOCIATES L.L.C.

A Connecticut Law Firm
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (877) 795-3666
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

   I hereby certify that on November 18, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Southern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By  /s/ Diana P. Larson

             Diana P. Larson