UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Condon Trotter Jr., <br><br> Plaintiff, <br> v. <br><br> Bureau of Collection Recovery, L.L.C., <br><br> Defendant. | Civil Action No.: 4:10-cv-01873 |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against with prejudice and without costs to any party.

Condon Trotter Jr.                                Bureau of Collection Recovery, L.L.C.

__/s/ Diana P. Larson_____        __/s/ James Thorpe_____

Diana P. Larson                                    James Thorpe
Texas Bar No. 24007799                      Texas Bar No. 19989100
Southern District of Texas Bar No. 24957   Federal ID: 9438
The Larson Law Office, PLLC            Bush & Ramirez, LLC
440 Louisiana, Suite 900                     24 Greenway Plaza, Suite 1700
Houston, Texas 77002                         Houston, Texas 77046
Telephone: (713) 221-9088                 Telephone: (713) 626-1555
Attorney for Plaintiff                           Attorney for Defendant

SO ORDERED   US Magistrate Judge